**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6514**

———————

OKECHUKWU DESMOND AMADI,

        Petitioner - Appellant,

    v.

WARDEN KATINA HECKARD,

        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:24-hc-02060-BO-RJ)

———————

Submitted: July 16, 2026                        Decided: July 20, 2026

———————

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Okechukwu Desmond Amadi, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Okechukwu Desmond Amadi appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition for failure to comply with the court's order to show cause why his petition should not be dismissed as moot.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Amadi's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*